# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Travis A. Michel, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | Case No. 1:16-cv-414 |
| Bismarck Police Department, | ) | |
| "Detective Clarkson" | ) | |
| | ) | |
| Defendant. | ) | |

The Plaintiff is a former inmate of the Mercer County Jail and the Burleigh County Detention Center who initiated this *pro se* action on December 2, 2016. See Docket No. 1. After screening the amended complaint as required by 28 U.S.C. § 1915A, Magistrate Judge Charles S. Miller, Jr. issued a Report and Recommendation on January 12, 2017, in which he recommended the action be dismissed without prejudice. See Docket No. 14. The parties were given fourteen days to file any objections to the Report and Recommendation. No objections were filed. The copy of the Report and Recommendation was sent to the Plaintiff at his last known address at the Burleigh County Detention Center, and was returned undeliverable on January 20, 2017. See Docket No. 14.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. The Plaintiff's complaint appears to rise out of a state criminal investigation and the *Younger* abstention doctrine mandates that the federal courts refrain from interfering in those proceedings. In addition, the Plaintiff has failed to provide the Court with updated contact information and thus the Court has no means of communicating with him.

Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 14) in its entirety and **ORDERS** the action be **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated this 6th day of February, 2017.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court